**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00117-LTB

LAWRENCE E. KRAFT,

      Plaintiff,

v.

MASSA AUTO PAWN, INC.,

      Defendant.

_____

**ORDER**
_____

This case is before me on Plaintiff's "Motion for an Injunction Preventing Sale of the Motorcycle in Question and Motion to Dispense With Bond or Security Requirement" (Doc 2). The motion is cryptic. I have reviewed the motion in light of Fed. R. Civ. P. 65. I conclude the motion is defective in failure to comply with the notice requirements of Rule 65(a)(1). It is also defective in failing to warrant issuance of a temporary restraining order without notice. Fed. R. Civ. P. 65(b)(1). Finally, the motion does not, as presented, justify the entry of injunctive relief without security. Fed. R. Civ. P. 65(c).

Accordingly, it is ORDERED that the above Motion is DENIED.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

DATED:   February 4, 2010